IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR23 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEITH A. VA LERIE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that jury trial for the defendant, Keith A. Va Lerie, is **scheduled** before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 31, 2006, at 1:00 p.m.** Since this is a criminal case, the defendant shall be present, unless excused by the Court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

The time between June 30, 2006 and July 31, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 5th day of July, 2006.

BY THE COURT:

_____
s/JOSEPH F. BATAILLON
United States District Judge